UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:24-cr-10

    Hon. Hala Y. Jarbou

EVETTE WALLACE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 2, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation recommending that the Defendant's plea of guilty to the Felony Information be accepted. (R&R, ECF No. 10.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 16, 2024. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 10) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Information.

3. The written plea agreement (ECF No. 3) is hereby continued under advisement pending sentencing.

2

4. Defendant shall remain on bond pending sentencing, and all conditions remain in full force and effect.  Sentencing is currently scheduled for **June 4, 2024, at 9:00 AM**.

Dated: February 20, 2024                    /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE